# United States Bankruptcy Court
## District of Nevada

## NOTICE OF DOCKETING ERROR

| | |
|---|---|
| In Re: | JULIE DONER NEO & CEDEE BILBAO NEO |
| Case Number: | 08−18965−lbr |

| | | | |
|---|---|---|---|
| Filed On: | 4/23/2013 | Hearing Date: | N/A |
| Document Number: | 118 | Hearing Time: | N/A |

| | |
|---|---|
| Title of PDF: | TRANSFER OF CLAIM OTHER THAN FOR SECURITY |

## THE FOLLOWING ERRORS APPEAR ON THE DOCKET:

PDF has a missing, incorrect, or misspelled debtors name. Please file an amended pleading immediately.

Dated: 4/24/13

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court

**For additional information, please contact:**
**CM/ECF Customer Support Help Desk: (866) 232−1266 (toll free)**
**E−mail: helpdesk@nvb.uscourts.gov**